# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 20, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

160519 & (44)

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2007-3,
      Plaintiff/Counterdefendant-
      Appellee,

v

JASMINE ALEXANDER, a/k/a JASMINE
CSUTAK, and RONDA PATTERSON, a/k/a
RONDA YOUNG,
      Defendants/Counterplaintiffs-
      Appellants.
_____/

SC: 160519
COA: 348800
Wayne CC: 18-014270-CZ

On order of the Chief Justice, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 20, 2019



Clerk